# PHILIP D. STERN & ASSOCIATES, LLC
ATTORNEYS AT LAW

PHILIP D. STERN *NJ & DC Bars*　　　　　　　　　　　　　　　697 VALLEY STREET, SUITE 2D
　　*pstern@philipstern.com*　　　　　　　　　　　　　　　MAPLEWOOD, NJ 07040-2642
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(973) 379-7500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*www.philipstern.com*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　May 9, 2012

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
King Federal Building &amp; U.S. Courthouse
50 Walnut Street
P.O. Box 999
Newark, NJ 07101

　　Re:　Christine M. Nicholas vs. Celentano, Stadtmauer & Walentowicz, LLP
　　　　　Case 2:11-cv-05585-CCC -JAD

Dear Judge Cecchi,

I am pleased to inform the Court that the parties have reached an amicable resolution of Plaintiff's individual claims with the putative class claims being dismissed without prejudice.

I expect that an appropriate Stipulation of Dismissal will be filed within 45 days.

I have no objection to the entry of a "60-day order."

Respectfully,
*s/Philip D. Stern*
Philip D. Stern

via ECF
cc:　Richard J. Perr, Esq. via ECF
　　　Jennifer Root, Esq. via ECF