## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE M. NICHOLAS, Plaintiff, <br><br> vs. <br><br> CELENTANO, STADTMAUER & WALENTOWICZ, L.L.P., a New Jersey limited liability partnership, Defendant. | Case 2:11-cv-05585-CCC -JAD <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed.R.Civ.P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter,

Now, therefore, by this stipulation and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice and without costs.

This Stipulation is limited to dismissing the Plaintiff's individual claims and does not affect or impair in any way the rights and claims, if any, of the putative class defined in the Complaint.

|  |  |
|---|---|
| | Philip D. Stern & Associates, LLC <br> Attorneys for Plaintiff, Christine M. Nicholas |
| | *s/Philip D. Stern* |
| Dated: July 19 , 2012 | Philip D. Stern |
| | |
| | Fineman Krekstein & Harris <br> Attorneys for Defendant, Celentano, Stadtmauer & Walentowicz, L.L.P. |
| | *s/Jennifer Tatum Root* |
| Dated: July 19, 2012 | Jennifer Tatum Root |

SO ORDERED:

_____
Claire C. Cecchi, U.S.D.J.